Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

### for the

Middle District of Florida ▾

### Tampa Division

| | |
|---|---|
| Matthew Stephen Brule | ) Case No.    8:26-CW-1394- WFJ-AEP |
| | ) _(to be filled in by the Clerk's Office)_ |
| _____ | ) |
| _Plaintiff(s)_ | ) |
| (Write the full name of each plaintiff who is filing this complaint. | ) |
| If the names of all the plaintiffs cannot fit in the space above, | )   Jury Trial: _(check one)_ ☑ Yes ☐ No |
| please write "see attached" in the space and attach an additional | ) |
| page with the full list of names.) | ) |
| -v- | ) |
| See attached | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| _Defendant(s)_ | ) |
| (Write the full name of each defendant who is being sued. If the | ) |
| names of all the defendants cannot fit in the space above, please | ) |
| write "see attached" in the space and attach an additional page | |
| with the full list of names. Do not include addresses here.) | |

MAY 11 2026 AM 11:02
FILED - USDC - FLMD - TPA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---



## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew Stephen Brule |
| Address | 1911 High Glen Court North |
| | Lakeland — FL — 33813 |
| | *City* — *State* — *Zip Code* |
| County | Polk |
| Telephone Number | 863-274-8081 |
| E-Mail Address | biggerbrule@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Polk County Sheriff Grady Curtis Judd |
| Job or Title *(if known)* | Elected Sheriff and Individual Resident of Polk County Florida |
| Address | 1891 Jim Keene Blvd. |
| | Winter Haven — FL — 33880 |
| | *City* — *State* — *Zip Code* |
| County | Polk |
| Telephone Number | 863-298-6200 |
| E-Mail Address *(if known)* | GJudd@polksheriff.org |

[✔] Individual capacity    [ ] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Polk County Government |
| Job or Title *(if known)* | County Government |
| Address | 330 West Church Street |
| | Bartow — FL — 33830 |
| | *City* — *State* — *Zip Code* |
| County | Polk |
| Telephone Number | 863-534-6000 |
| E-Mail Address *(if known)* | Unknown |

[ ] Individual capacity    [✔] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | William Travis Walters |
| Job or Title *(if known)* | Former Detective for the Polk County Sheriff's Office |
| Address | 1891 Jim Keene Blvd. |

| Winter Haven | Fl | 33880 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Polk |
| Telephone Number | (863)-298-6200 |
| E-Mail Address *(if known)* | Unknown |

[ ] Individual capacity   [✔] Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Polk County Sheriff's Office |
| Job or Title *(if known)* | Law Enforcement Agency |
| Address | 1891 Jim Keene Blvd |

| Winter Haven | Fl | 33880 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Polk |
| Telephone Number | (863)-298-6200 |
| E-Mail Address *(if known)* | Unknown |

[✔] Individual capacity   [ ] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Rights guaranteed by the U.S. Constitution under the 4th Amendment, 14th Amendment, 8th Amendment, 2nd Amendment, 1st Amendment, 5th Amendment, 11th Amendment, 14th Amendment, every right guaranteed to Me as a Citizen of the United States Of America by the U.S. Constitution and the State of Florida has been violated by Public Officials Maliciously with Reckless disregard of all Constitutional and Statutory Rights because of a pattern policy practice and custom of systemic training failures, deficient policies, retaliatory practices, rampant perjury, false affidavits, deficient supervision.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Additional Pages Atached, See Document labeled D.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?
Lakeland Florida, Polk County Florida

B.   What date and approximate time did the events giving rise to your claim(s) occur?
On or about 6/7/2019 at approximately 20:00 E.S.T., On or about 9/28/2019 at approximately 23:00 E.S.T. On or about 9/17/2023, on or about 11/7/2023, On or about 8/13/2024. Defendants have engaged in a Pattern of Malicious and Retaliatory Prosecutions from 9/28/2019 until 3/31/2026. Each prosecution and all charges have ended in My favor eventually being dropped or dismissed after I repeatedly refused to agree with or sign any Plea Deal offers made by the Prosecution.

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Additional Pages Attached, See Document labeled III.(C)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

From 9/28/2019 until 2/9/2022 and again from 8/13/2024 until 3/20/2025 as a custom or policy I was banned from going to any Physicians or Dentists as specifically disallowed by the Pretrial Release Order for more than 28 Months . The Pretrial Release Order was strictly enforced by Pretrial Release Officer Andrew S. Edmund so much that Officer Edmund Set My ankle Monitor off to audibly Alarm and Vibrate, repeatedly calling My cell phone and informing Me i was in violation threatening Me with Jail time and a NO BOND violation when I attempted to seek Medical or Dental Care even during hours when I was already signed out of GPS for Work purposes. Out of desperation I filed My own Pro-Se Motion to Modify Pretrial Release on 11/02/2021 but it was ignored by the Clerk, Judge Jon Kevin Abdoney would not make a ruling on either motion and His Judicial Assistant whom I believe was Cindy Stevens that I even contacted but would not assist with setting a hearing to Modify Pretrial release. My Attorney even filed a 2nd motion to modify Pretrial Release on 12/28/2021. The 2nd motion to Modify Pretrial Release was approved on 2/09/2022 allowing Me to attend Medical and Dental appointments. As a direct result of the cruel and unusual punishment I sustained a EXTREMELY painful and debilitating Tooth, Jaw and Blood Infection that worsened over the many Months of not being allowed to attend ANY Medical or Dental care while unconstitutionally restrained on Pretrial G.P.S. House Arrest. The infection was so severe that My Oral Surgeon said it was the worst Tooth and Jaw Infection that He has ever seen when He Extracted the infected tooth along with it a came long worm like substance which was the infected tissue and infection from inside My Tooth Socket and Jaw. I was also treated with a high dose of Antibiotics to fight the infection in My Blood and given strong Prescription Pain Relievers.
My Oral Surgeon has offered to provide statements and or testify regarding this matter as necessary.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

By filing this complaint I am requesting that this Honorable Court use its Jurisdiction and Authority to force the Polk County Sheriff's Office to employ the use of Body Cameras and implement a policy and program for Body Cameras being worn by every Polk County Sheriff's Office Officer while on duty and making contact with any civilian or while performing any investigative duties involving any Person they make contact with. I am requesting this court to do what it can in the courts power and authority to ensure the Defendants do not commit further Constitutional Violations against Me or any other Person in the United States of America. I am requesting this court to Make Me whole compensating Me for every monetary loss including economic damages, Pain and Suffering, Emotional Distress Compensatory Monetary Damages etc. For the severe punitive damages, cruel and unusual punishment, Pain and Suffering, Personal Injury etc. that have been intentionally inflicted upon Me as a direct result of My Constitutional Rights being violated by the Malicious and Retaliatory repeated Prosecutions which have been filed by local Public Officials listed as Defendants in this Complaint. The Defendant list is a inconclusive list to also include others who are unknown to Me due to their identities being intentionally concealed.
I am requesting that Monetary, Compensatory, Punitive, Nominal and or other Damages are awarded to Me as this court finds appropriate given the facts and evidence presented before the Court, Judge and Jury.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:         05/10/2026

Signature of Plaintiff

Printed Name of Plaintiff    *Matthew Stephen Brule*

### B.   For Attorneys

Date of signing:    *N/A*

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

| | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

## Attachment: Defendant/Respondent List

County Government of Polk County Florida in it's Official Capacity , Polk County Sheriff's Office in it's Official capacity, Polk County Sheriff Grady Curtis Judd in His Official and Personal Capacity, Polk County Sheriff Detective William Travis Walters in His Official and Personal Capacity, Polk County Sheriff Detective Roger D. Martin in His Official and Personal Capacity, Polk County Sheriff Supervisor Sgt. Chris Katsoulis in His Official and Personal Capacity, Polk County Sheriff Supervisor Sgt. Sean Speakman in His Official and Personal Capacity, Polk County Sheriff Supervisor Paul Butler in His Official and Personal Capacity,Polk County Sheriff Detective Holsonback in His Official and Personal Capacity, Polk County Sheriff Officer Sgt. Taylor Plowden in His Official and Personal Capacity, Polk County Sheriff Officer Antonio Canales in His Official and Personal Capacity, Polk County Sheriff Officer or Detective Blackman in His Official and Personal Capacity, Polk County Sheriff Officer Christian Labarca-Palma in His Official and Personal Capacity, Polk County Sheriff Officer Colton D. Mosley in His Official and Personal Capacity, Polk County Sheriff Officer Kaleb Hardy in His Official and Personal Capacity, Polk County Sheriff Officer Jessica Braun in Her Official and Personal Capacity, Unknown 911 Operator from My 6/7/2019 911 call in their Official and Personal Capacities, Unknown 911 Operator from My 8/13/2024 911 call in their Official and Personal Capacity,

All Unknown Polk County Sheriff and Lakeland Police Officers with involvement in any way regarding all investigations and prosecutions that have been filed against Me since 9/28/2019 in their Official and Personal Capacities.

Lakeland Police Department, Lakeland Police Chief Ruben Garcia in His Official and Personal Capacity, Lakeland Police Chief Sammy L. Taylor in His Official and Personal Capacity, lakeland Police Captain Leron Strong in His Official and Personal Capacity, Lakeland Police Officer LT. Michael J. Lewis in His Official and Personal Capacity, Unknown Lakeland police Public Information Officer on or about 9/16/2023 and on or about 8/12/2024 in their Official and Personal Capacity, Lakeland Police Officer Madison Mumbauer in Her Official and Personal Capacity, Lakeland Police Officer William Travis Walters in His Official and Personal Capacity, Lakeland Police Officer Lamar Derek Rivers or Derek Lamar Rivers in His Official and Personal Capacity, Polk County Pre-Trial Services in its Official Capacity, Polk County Probation and Pretrial Services Program Manager Lashanda Salters in Her Official and Personal Capacities, Polk County Pretrial Services Officer Andrew Stephen Edmund in His Official and Personal Capacity , State Attorneys Office 10th Judicial Circuit in its Official Capacity, State Attorney for the 10th Judicial Circuit Brian William Haas in His Official and Personal Capacity, Polk County Clerk Of Courts for the 10th Judicial Circuit Bartow Florida in its Official Capacity, Polk County Clerk Of Court in its Official Capacity, Polk County Clerk of Court Clerk Stacy M. Butterfield in Her Official and Personal Capacity, Unknown Clerk who noticed and questioned the Pretrial release order by hand writing (NO PTR COND?) on My Pretrial Release Order dated on or about 9/30/2019 to 10/2/2019 when the clerk signed His or Her Initials in His or Her Official Capacity

Attachments:Combined Documents D and Document III.(C)

Claim#1 Failure to Train, Malicious Prosecution, Retaliation, False Arrest, Due Process Violations, Unconstitutional Search and Seizure, Custom or Policy Constitutional Violations under the 1st, 2nd, 4th, 5th, 8th,11th and 14th amendments of the United States Constitution. Key Constitutional Violators and Defendants acting under color of Law include but are not limited to Polk County Government, Polk County Sheriff's Office, William Travis Walters, Grady Curtis Judd, Sean Speakman, Chris Katsoulis.

On or about 9/28/2019 I was Falsely Arrested as shown in (Case#: 53-2019-CF-008543-A000-XX) by a Uniformed, Armed Polk County Sheriff Detective identified as William Travis Walters (Walters) who had deficient and incomplete training as a Law Enforcement Officer (Officer) according to His Training Records at the time His Deputy Street Training was Incomplete.

Walters Arrested Me while He was acting under color of law, without probable cause or even the proper authority of a trained Law Enforcement Officer. Walters filed Felony Charges against Me while I was not breaking any laws as found and ruled upon on 5/9/2022 when it was found that I was immune from prosecution in the above case.

I was not released from all Court Conditions including G.P.S. House Arrest with an ankle tether until several days post dismissal of all charges. I was the Victim of Aggravated Stalking, Vehicular Aggravated Assault, Vandalism, Careless Driving, Premeditated Attempted Murder and other serious related crimes committed against Me while I was not engaged in ANY illegal activity, while enjoying all of My Constitutional Rights and Guarantees. Other Officers Involved including Walters Supervisors who were on scene allowed a subordinate Employee with deficient training to handle a serious Felony investigation(s) and make Arrests. Two of the Supervisor Sergeants (Sgt) at the incident scene were Sgt. Sean Speakman and Sgt. Chris Katsoulis. Every Officer, Detective, Sgt. and Supervisors were all Armed, Uniformed and acting under color of Law but failed to prevent a untrained Officer from derailing any proper and honest investigation by an unbiased and fully trained Law Enforcement Officer.

2

Because of such negligence All audio recordings from the 9/28/2019 incident were intentionally destroyed by Walters and not preserved for court proceedings in the 2019 Felony Case. See transcripts of Walters Deposition and other documents and testimony from the aforementioned case.
Walters intentionally and with Malice violated My Fourteenth Amendment Right to Due Process.

On or about 6-7-2019 at approximately 8:30 PM I made a 911 call against Walters while He was acting under color of Law, Armed and in Uniform while breaking the law at the end of Exploration Ave in S. Lakeland Fl.. Later that night I made an emailed complaint to Polk County Sheriff Captain Robert Sessions but never did get a response from Captain Sessions or the Polk County Sheriff's Office regarding the incident and My 911 Call about Walters.
Less than four months post complaint and 911 call Walters falsely arrested Me.

Claim#2 Cruel and Unusual Punishment, Failure to Train, Malicious Prosecution, Retaliation, False Arrest, Due Process Violations, Unconstitutional Search and Seizure, Custom or Policy Constitutional Violations under the 1st, 2nd, 4th, 5th, 8th,11th and 14th amendments of the United States Constitution. Key Constitutional Violators and Defendants acting under color of law included are Polk County Florida Government, Polk County Clerk of Courts, Pretrial Release Officer Andrew Edmund, Probation and Pretrial Release Program Manager Lashanda Salters, Unknown Clerk as explained below, Clerk Of Court Stacy M Butterfield.

From 9/28/2019 until 2/9/2022 and again from 8/13/2024 until 3/20/2025 as a custom or policy I was banned from going to any Physicians or Dentists as specifically disallowed by the Pretrial Release Order for more than 28 Months . The Pretrial Release Order was strictly enforced by Pretrial Release Officer Andrew S. Edmund so strictly that Officer Edmund Set My ankle Monitor off to audibly Alarm and Vibrate, repeatedly calling My cell phone and informing Me i was in violation threatening Me with Jail time and a NO BOND violation when I attempted to seek Medical or Dental Care even during hours when I was already signed out of GPS for Work purposes. Out of desperation I filed My own Pro-Se Motion to Modify Pretrial Release on 11/02/2021 but it was ignored by the Clerk, Judge Jon Kevin Abdoney would not make a ruling on either motion and His Judicial Assistant whom I believe was Cindy Stevens that I even contacted but

would not assist with setting a hearing to Modify Pretrial release. My Attorney even filed a 2nd motion to modify Pretrial Release on 12/28/2021. The 2nd motion to Modify Pretrial Release was approved on 2/09/2022 allowing Me to attend Medical and Dental appointments. As a direct result of the cruel and unusual punishment I sustained a EXTREMELY painful and debilitating Tooth, Jaw and Blood Infection that worsened over the many Months of not being allowed to attend ANY Medical or Dental care while unconstitutionally restrained on Pretrial G.P.S. House Arrest. The infection was so severe that My Oral Surgeon said it was the worst Tooth and Jaw Infection that He has ever seen when He Extracted the infected tooth along with it a came long worm like substance which was the infected tissue and infection from inside My Tooth Socket and Jaw. I was also treated with a high dose of Antibiotics to fight the infection in My Blood and given strong Prescription Pain Relievers.
My Oral Surgeon has offered to provide statements and or testify regarding this matter as necessary.


Claim #3 Failure to Train, Malicious Prosecution, Retaliation, False Arrest, Due Process Violations, Unconstitutional Search and Seizure, Custom or Policy Constitutional Violations under the 1st, 2nd, 4th, 5th, 8th,11th and 14th amendments of the United States Constitution. Key Constitutional Violators acting under color of law and Defendants included are Polk County Florida Government, Pretrial Release Officer Andrew Edmund, Probation and Pretrial Release Program Manager Lashanda Salters.

On 5/9/2022 I was found immune from prosecution resulting in all charges being dismissed by a 10 Page Judges order. My Attorney notified Me on the same day. My Attorney Kelley W. Collier called Pretrial Release Officer Andrew Edmund on 5/9/2022 to notify Him of the charges being dropped by Judges Order but He refused to remove the GPS Monitor or release Me even threatening Arrest and Jail time If I attempted to remove the monitor myself or did not continue to follow all conditions set by the pretrial release order.I made many phone calls and two trips to the Pretrial Release Office. Officer Edmund refused to remove it until the afternoon of Wed. 5/11/2022 which was more than 48 Hours after Judge Harb's order was filed with the Clerk where I was found immune from prosecution violating all of My rights.. I have My final interactions with Mr Edmunds including

some of His threats and refusal to remove the monitor approximately 48 hours after I was found immune from prosecution saved from My Body Camera Video.

While the case was pending and after I was found immune from prosecution in the aftermentioned case I began engaging in constitutionally protected speech on matters of great public importance involving the malicious prosecution, retaliatory charges, destroyed evidence and other injustices that I faced for more than 30 Months. I posted hundreds of comments and postings publicly. I engaged others in constitutionally protected speech and criticism on Facebook and other public social media sites, review platforms, news comment blogs and the like to warn others what is happening and has happened involving the constitutional rights violations by local public officials with hundreds of comments alone publicly pushing for Body Cameras even with sharp criticism of the State Attorney Office and the Polk County Sheriff's Office.

I mailed Letters of Intent to sue by U.S. Postal Service Certified Mail Return Receipt on or about 6/26/2023 to Polk County Probation Department, Polk County Pretrial Services, Polk County Sheriff's Office, Polk County Government and as required to the Department of Financial Services. Less than three months after I sent the letters as required by law I was retaliated against again and again.

On or about 9/17/2023 approximately five or six Polk County Sheriff's Officers and Lakeland Police Department Officers came to My House knocking while I was at work. On Surveillance Video one of the Officers can be heard saying "The Warrant was not approved" then they quickly left without coming back. I later found out through discovery that the Lakeland Police Department charged or attempted to charge Me with Florida Statute (F.S.) 843.17. On 9/17/23 however the charge did not go through because F.S. 843.17 was ruled unconstitutional Years prior and the law was struck down for criminalizing protected speech rendering the prosecution against Me void ab initio.

On or about 11/7/2023 the State Attorney's Office (SAO) filed a Direct Information based on the same affidavit involving the same protected speech attributed to me.The SAO attempted to charge Me with F.S. 843.17 again and added the charge of 817.568(4) with 817.568(4) being the only charge that went through to charge Me with a crime that was based on a Valid Statute. By circumventing F.S.

5

843.17 LPD Det. Lamar Derek Rivers maliciously Retaliated against Me for protected speech. That Prosecution was dropped in April 2026.

Elected State Attorney for 10th Judicial Circuit Brian William Haas acted under color of law on or about 8/12/2024 when He called My then Attorney of record who is Brian Haas Neighbor and Personal Friend David Sumner Kaylor as a result of being offended by comments attributed to Me being made on Facebook and Google Reviews etc predicting a win in court relying on case law such as and on point with Brayshaw V City of Tallahassee Fl.

The comments I have factually made are engaging in constitutionally protected pure non threatening speech regarding matters of great public significance criticizing Public Officials and their actions including harsh criticism of Brian Haas and several Assistant State Attorneys working in His Office regarding matters directly related to their Official Positions and Duties.
David Kaylor Called Me immediately after speaking to Haas with Kaylor angrily dropping Me as a client because Brian Haas informed Him of the comments attributed to Me. Kaylor threatened retaliation by several of His Friends and Many Family Members several of whom are Judges, State Attorneys, Defense Attorneys and other notable 10th Judicial Circuit Public Officials if I did not agree to a Plea Agreement because as David stated He could not have His or His Law Firm name on a case that sets such local precedent due to His Family and Friends being local Public Officials.

On 8/13/2024 at approximately 8:15PM as My Family and I ate dinner, our 6' locked privacy gates securing our completely fenced and private enclosed and locked curtailage of My rear yard was forcefully broken into by Armed Polk County Sheriff Deputies with a K9 unit. Threats of ruining everything in My House including My House itself by firing Tear Gas through My windows if I did not exit the residence. I was Arrested on approximately 11 fabricated Felony Charges, The Mother of My Children Stefanie Nichole Giebel was also falsely arrested on fabricated charges. My then 16 Year old son had Assault Rifles pointed at His Head and Face while being Arrested until another Officer told said "Dont Arrest Him".The first questions I was asked by Polk Sheriff Officer Colton Mosley was strictly involving David Kaylor and Me allegedly upsetting Him during our interactions as Attorney Client. All that was as retaliation for constitutionally protected speech of great public significance and relying on a statute that has been struck down for well over a decade (F.S.843.17). All approx. 11 Felonies and a 2 Misdemeanors were dropped on 3/31/2026 citing "Prosecution Not Warranted".